UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:24-cv-02195-WBS-CSK

No. 2:24-cv-02199-WBS-CSK

No. 2:24-cv-02203-WBS-CSK

No. 2:24-cv-02207-WBS-CSK

No. 2:24-cv-02208-WBS-CSK

No. 2:24-cv-02210-WBS-CSK

No. 2:24-cv-02213-WBS-CSK

No. 2:24-cv-02214-WBS-CSK

No. 2:24-cv-02217 WBS-CSK

No. 2:24-cv-02218 WBS-CSK

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1 | Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
2 | 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
3 | the Court to open a new case for each attempted new pleading and assign it to the Court for
4 | review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
5 | Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02195, 2:24-cv-02199, 2:24-cv-02203, 2:24-cv-02207, 2:24-cv-02208, 2:24-cv-02210, 2:24-cv-02213, 2:24-cv-02214, 2:24-cv-02217 and 2:24-cv-02218 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated:  August 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2